General Complaint



**FILED**

MAR 1 2 2021

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

James Hardaway
_____

_____                Case Number : 4:21CV194

_____

List the full name of each plaintiff in this action.

VS.

Toyota Financial Services
_____

Park Place Lexus Plano
_____

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

_____

_____

_____

C.    Results of the conference with counsel.

_____

_____

_____

II.    List previous lawsuits.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?        Yes        No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

   1.    Approximate file date of lawsuit: _____

   2.    Parties to previous lawsuit(s):

      Plaintiff _____

      Defendant_____

   Attach a separate piece of paper for additional plaintiffs or defendants.

   3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

      _____

   4.    Docket number in other court. _____

   5.    Name of judge to whom the case was assigned.

      _____

   6.    Disposition: Was the case dismissed, appealed or still pending?

      _____

   7.    Approximate date of disposition. _____

iii.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1  James Hardaway

18777 Midway Rd Rd Apt 1101

Dallas , Texas

Pla #2 _____

_____

_____

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Toyota Financial Services

6565 Headquarters Dr

Plano, Texas 75024

Dft #2: Park Place Lexus Plano

6785 Dallas Parkway

Plano, Texas 75024

Dft #3 _____

_____

_____

Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is
involved.  Include the names of other persons involved with dates and places.  Do not
give any legal arguments or cite cases or statutes.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.  Use as much
space as you need, attaching additional pages if necessary.

1)During the consumer credit transction, Plano Park Place did not explain all that is included in the
finance charge under TILA. I was not provided any options for insurance companies to be included in the finance charge.

2) Plano Park Place did not produce the specific written statements regarding the insurance included with the finance charge
nor did they provide the recission papers required under TILA.

3) Plano Park Place and Toyota Financial Services received a written statement on recission from the consumer/ Plaintiff
James Hardaway 11/30/2020 via certified mail 7019 2280 0000 4594 2407 and failed to acknowledge it in accordance with

4)Toyota Financial Services received a written request from James Hardaway the consumer and failed to provide
him with the name and address of the original creditor as required in the FDCPA.

5) Plano Park Place and Toyota Financial Services failed to respond to three affidavits listing their violations
of TILA and FDCPA in accordance with federal law.

6) Toyota Financial Services continued to attempt to collected on an alleged debt after receiving the notice of recission.

7)Toyota Financial Services used threatening language and false/misleading language to attempt to
collect on an alleged debt

8)Toyota Financial Services released continued to report to consumer reporting agencies after receiving
the notice of recission.

9) Toyota Financial Services contacted the Plaintiff/ consumer James Hardaway via the phone to collected on a
disputed debt.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal
      arguments and do not cite cases or statutes.  Attach additional pages if necessary.

Award Plaintiff the costs of bring this action.

Award Plaintiff the cost of insurance of the 2021 Lexus RX 350 for 7 years

Award Plaintiff with the Title to the 2021 Lexus RX 350, and free service at any Lexus dealership service department

Enter a permanent injunction to prevent future violations of the FDCPA and TILA against both defendants.

Enter judgment against Toyota Financial Service and Park Place Plano Lexus in favor of Plaintiff for each violation listed in this Complaint.

Award such relief to redress injury to the consumer resulting from Toyota Financial Services violation of the TILA, FCRA, and FDCPA in the amount of $20,000,000

Award such relief to redress injury to the consumer resulting from Park Place Plano Lexus violation of the TILA and in the amount of $1,000,000

Award Plaintiff monetary civil penalties for each violation of the TILA and FDCPA listed in this complaint.

Signed this _____ day of _____, 20 _____.

                                                          (Month)                                    (Year)

_____

_____

_____


I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _____3/12/21_____

                        Date

_____

James HARDAWAY

18777 Midway Rd #1101 Dallas, TX

708 261 9788

Signature of each plaintiff